# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| BARRY WRIGHT, : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | No. 08-3440 |
| : | |
| MICHAEL ASTRUE, Commissioner of : | |
| Social Security Administration, : | |
| : | |
| Defendant. : | |

## ORDER

AND NOW, this 21st day of April, 2009, upon careful and independent consideration of Plaintiff Barry Wright's Request for Review (Doc. 6) and review of the record, it is hereby ORDERED that Judgment is entered in favor of the Commissioner, affirming the decision of the Commissioner, and against Plaintiff. The clerk shall mark this case as CLOSED for statistical purposes.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\Lauren\Wright v. Astrue\SJ order.wpd